Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Kathleen Lu (SBN: 267032)
klu@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CV 10 80 276 MISC

| | |
|---|---|
| In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann | Case No. _____<br>[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]<br><br>**[PROPOSED] ORDER GRANTING EXPEDITED MOTION TO QUASH SUBPOENAS** |

1  The Court GRANTS Movants' motion to quash. The subpoenas are quashed and require no
2  response from Movants. Plaintiffs shall not seek further discovery from Movants.

4  Dated: _____

5                UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

2
[PROPOSED] ORDER GRANTING EXPEDITED MOTION TO QUASH