Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Kathleen Lu (SBN: 267032)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

FILED
2010 NOV -9 A 11: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann

Case No. CV 10-80276 MISC
[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]

**PROOF OF SERVICE**

---

1
PROOF OF SERVICE


# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, California 94111-5802. On November 8, 2010, I served the documents:

**EXPEDITED MOTION TO QUASH SUBPOENAS**

**[PROPOSED] ORDER GRANTING EXPEDITED MOTION TO QUASH SUBPOENAS**

**DECLARATION OF MATTHEW SCHERB IN SUPPORT OF EXPEDITED MOTION TO QUASH SUBPOENAS**

**STIPULATION TO SET EXPEDITED BRIEFING AND HEARING SCHEDULE ON MOVANTS' EXPEDITED MOTION TO QUASH SUBPOENAS**

**SCHERB DECLARATION SUPPORTING STIPULATION TO SET EXPEDITED BRIEFING AND HEARING SCHEDULE ON MOVANTS' EXPEDITED MOTION TO QUASH SUBPOENAS**

[x] By causing the documents(s) listed above to be delivered via email to the person(s) at the email address(es) set forth below, as per the parties' agreement.

Susan Traub Boyd
Munger, Tolles & Olson LLP
Attorneys for Plaintiffs Arista Records LLC, et al.
560 Mission Street
San Francisco, CA 94105
Tel: 415 512 4005
<Susan.Boyd@mto.com>

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on November 9, 2010, at San Francisco, California.

_____
Matthew Scherb

SF:296126.1