1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    IN RE SUBPOENAS TO ELECTRONIC              No.  C 10-80276-MISC JSW
      FRONTEIR FOUNDATION AND FRED
11    VON LOHMANN,                               **ORDER OF REFERRAL**

12

13    _____/

14

15          On November 9, 2010, the Electronic Frontier Foundation and Fred von Lohmann

16    ("Movants") filed an Expedited Motion to Quash Subpoenas issued in relation to a case pending

17    in the United States District Court for the Southern District of New York, *Arista Records v.*

18    *Lime Wire, LLC*, 06-5936 (KMW).  On that same date, Movants and Arista Records filed a

19    proposed stipulation and order, in which the parties stipulate to an expedited briefing schedule

20    and a requested hearing date of November 19, 2010.  According Movants, the parties have

21    agreed to extend the deadlines for production set forth in the subpoenas from November 12 to

22    November 23, 2010, and discovery is set to close in the *Arista Records* case on November 25,

23    2010.  Movants also indicate that Defendants in the *Arista Records* case have requested an

24    extension of the discovery deadline and that if that request is granted, the parties will meet and

25    confer on a revised schedule.

26          It is HEREBY ORDERED that, pursuant to Northern District Civil Local Rule 72-1, this

27    matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution, and

28    the Court recommends that the matter be referred to a Magistrate Judge who is available to hear

**United States District Court**
For the Northern District of California

1    the motion on or before November 22, 2010.

2         **IT IS SO ORDERED.**

3    Dated: November 12, 2010

4                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

5

6    cc:    Susan Imbriani

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California