IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN, _____/ | No. C 10-80276-MISC JSW<br><br>**ORDER WITHDRAWING ORDER OF REFERRAL** |

On November 9, 2010, the Electronic Frontier Foundation and Fred von Lohmann ("Movants") filed an Expedited Motion to Quash Subpoenas issued in relation to a case pending in the United States District Court for the Southern District of New York, *Arista Records v. Lime Wire, LLC*, 06-5936 (KMW). On that same date, Movants and Arista Records filed a proposed stipulation and order, in which the parties stipulate to an expedited briefing schedule and a requested hearing date of November 19, 2010.

This Court has been advised that there are no Magistrate Judges available to hear the motion on an expedited basis. Accordingly, the Court HEREBY WITHDRAWS the Order of Referral. The Court GRANTS IN PART the parties' stipulation and adopts the briefing schedule set forth therein. The Court shall notify the parties if it believes a hearing on the motion is necessary.

//

//

//

It is FURTHER ORDERED that if the parties obtain an extension of the discovery deadlines, they shall immediately notify the Court of any such extension.

**IT IS SO ORDERED.**

Dated: November 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani

2