1  Andrew P. Bridges (SBN: 122761)
   abridges@winston.com
2  Matthew A. Scherb (SBN: 237461)
   mscherb@winston.com
3  Robyn Callahan (SBN: 225472)
   rcallahan@winston.com
4  Kathleen Lu (SBN: 267032)
   klu@winston.com
5  WINSTON & STRAWN LLP
   101 California Street
6  San Francisco, CA 94111-5802
   Telephone:    (415) 591-1000
7  Facsimile:    (415) 591-1400

8  Attorneys for Movants
   ELECTRONIC FRONTIER FOUNDATION and
9  FRED VON LOHMANN

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15  In re Subpoenas to Electronic Frontier    )    **Case No. 3:10-mc-80276-JSW**
    Foundation and Fred von Lohmann           )    [Related to *Arista Records v. Lime Wire LLC*,
16                                            )    No. 06-5936 (KMW) (S.D.N.Y.)]
                                              )
17                                            )    **DECLARATION OF ROBYN CALLAHAN**
                                              )    **IN SUPPORT OF EXPEDITED MOTION**
18                                            )    **TO QUASH SUBPOENAS**
                                              )
19                                            )    Date:    no hearing date assigned
                                              )    (pursuant to order by Judge White)
20  _____  )

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

I, Robyn Callahan, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney with the law firm of Winston & Strawn LLP, counsel of record for Movants.

2.      I attest that on November 16, 2010, I obtained Cindy Cohn's concurrence to e-sign and file the Declaration of Cindy Cohn in Support of Expedited Motion to Quash Subpoenas.

3.      I attest that on November 16, 2010, I obtained Fred von Lohmann's concurrence to e-sign and file the Declaration of Fred von Lohmann in Support of Expedited Motion to Quash Subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  November 16, 2010

                                                          /s/
                                                Robyn Callahan

SF:296759.1

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**