Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Robyn Callahan (SBN: 225472)
rcallahan@winston.com
Kathleen Lu (SBN: 267032)
klu@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann | **Case No. 3:10-mc-80276-JSW**<br>[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]<br><br>**DECLARATION OF MARK GORTON IN SUPPORT OF EXPEDITED MOTION TO QUASH SUBPOENAS**<br><br>Date:   no hearing date assigned<br>(pursuant to order by Judge White) |

1

GORTON DECLARATION IN SUPPORT OF MOTION TO QUASH SUBPOENAS

I, Mark Gorton, declare under penalty of perjury that the following is true and correct:

1. I am the sole Director of Lime Wire LLC ("LimeWire").

2. Beginning in 2002, LimeWire sought legal advice from Fred von Lohmann, an attorney at the Electronic Frontier Foundation. Mr. Von Lohmann and the Electronic Frontier Foundation have provided legal advice and legal counseling to LimeWire since that time.

3. LimeWire expected that its communications with the Electronic Frontier Foundation and Fred von Lohmann would remain confidential.

4. LimeWire presently asserts the attorney-client privilege in its communications with the Electronic Frontier Foundation and Fred von Lohmann.

Executed on November 16, 2010

_____
Mark Gorton

SF:296568.2

2

GORTON DECLARATION IN SUPPORT OF MOTION TO QUASH SUBPOENAS