IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN, | No. C 10-80276-MISC JSW<br><br>**ORDER REQUESTING SUPPLEMENTAL DECLARATIONS** |

Now before the Court for consideration is the Expedited Motion to Quash Subpoenas filed by Electronic Frontier Foundation ("EFF") and Fred von Lohmann ("Mr. von Lohmann"). The Court HEREBY ORDERS EFF, Mr. von Lohmann, and Mark Gorton each to submit supplemental declarations that: (1) shall certify whether any non-privileged documents exist that are responsive to the requests for production and deposition topics identified in the subpoenas; and (2) shall identify whether Mr. Gorton or other personnel from the Lime Wire entities had discussions with any EFF personnel, other than Mr. von Lohmann, and, if so, the identity of such personnel, and their positions at EFF. These supplemental declarations shall be submitted to the Court by no later than 12:00 p.m., Friday, November 19, 2010.

**IT IS SO ORDERED.**

Dated: Nov. 18, 2010

MARILYN H. PATEL
for JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE