Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Robyn Callahan (SBN: 225472)
rcallahan@winston.com
Kathleen Lu (SBN: 267032)
klu@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann | Case No. 3:10-mc-80276-JSW<br>[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]<br><br>**SUPPLEMENTAL DECLARATION OF MARK GORTON IN SUPPORT OF EXPEDITED MOTION TO QUASH SUBPOENAS**<br><br>Date: no hearing date assigned (pursuant to order by Judge White) |

I, Mark Gorton, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I provide this declaration in response to the Court's Order of November 18, 2010 (Doc. #16).

2. As to the Court's first question, I have been informed that non-privileged, responsive documents do exist.

3. In response to the second part of the Court's inquiry, I recall that LimeWire sought legal advice from Fred von Lohmann, an attorney at the Electronic Frontier Foundation. The EFF's counsel has informed my counsel that other EFF personnel communicated with LimeWire personnel but I do not presently have any recollection of those communications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 19, 2010

_____
Mark Gorton

SF:296578.3