United States District Court
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    IN RE SUBPOENAS TO ELECTRONIC          No.  C 10-80276-MISC JSW
     FRONTIER FOUNDATION AND FRED
10   VON LOHMANN                             **ORDER RESERVING RULING
                                             ON EXPEDITED MOTION TO
11                                           QUASH AND DIRECTING
                                             PARTIES TO MEET AND
12                                           CONFER IN PERSON**

13
                                        /
14

15        Now before the Court for consideration is the Expedited Motion to Quash Subpoenas

16   filed by the Electronic Frontier Foundation ("EFF") and Fred von Lohmann ("Mr. von

17   Lohmann"). The Court has considered the parties' papers, including the supplemental

18   declarations filed pursuant to Court Order, relevant legal authority and the record in this case.

19        In their supplemental declarations, EFF and Mr. von Lohmann attest that there are some

20   non-privileged documents that would be responsive to the subpoenas. It also is evident to the

21   Court, however, that the EFF and Mr. von Lohmann also possess information and documents

22   that would be privileged - either as to Mr. Gorton and the Lime Wire entities or to other EFF

23   clients - and which should be protected. Therefore, in light of Judge Wood's Order extending

24   the deadlines to complete discovery in the *Lime Wire* action, HEREBY ORDERS the parties to

25   meet and confer *in person* to determine whether they can resolve this dispute without Court

26   intervention.

27        The Court shall reserve ruling on the motion to quash. If the parties are unable their

28   differences, they shall advise so advise the Court and shall submit supplemental briefs outlining

     what disputes remain. In any such briefs, the parties must describe the documents with

United States District Court

For the Northern District of California

1    sufficient specificity to permit the Court to make a determination as to whether they are, in fact,

2    reasonably calculated to lead to the discovery of admissible evidence on damages.

3        If the parties are able to resolve their differences, they shall submit a joint statement to

4    that effect to the Court.

5        **IT IS SO ORDERED.**

6    Dated:   _Nov. 19, 2010_

7                                             MARILYN H. PATEL
                                             for JEFFREY S. WHITE
8                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28