MUNGER, TOLLES & OLSON LLP
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 683-9100
Facsimile:       (213) 687-3702

MUNGER, TOLLES & OLSON LLP
SUSAN T. BOYD (SBN 229664)
Susan.Boyd@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:      (415) 512-4000
Facsimile:       (415) 512-4077

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO.  Misc. 10-80276 (JSW)<br><br>[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York]<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS (LOCAL RULE 79-5(d))**<br><br>Date: TBD [Per Scheduling Order, Doc. No. 7] |
| ARISTA RECORDS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC, et al.,<br><br>Defendants. | |

12500557.1

Pursuant to Civil Local Rule 79-5 and General Order 62, Plaintiffs are Lodging Conditionally Under Seal the following materials:

1. The Supplemental Declaration of Susan T. Boyd in Support of Supplemental Brief Re: Expedited Motion to Quash Subpoenas and Plaintiffs' Request to Compel Compliance with Subpoenas.

2. Plaintiffs' Supplemental Brief Re: Expedited Motion to Quash Subpoenas and Plaintiffs' Request to Compel Compliance with Subpoenas.

Exhibits 2-4 to the Supplemental Boyd Declaration have been designated "Confidential" by Defendants in the underlying action, *Arista Records LLC et al. v. Lime Wire LLC et al.*, Civil No. 06-5936 (KMW) (U.S.D.C. S.D.N.Y.); Plaintiffs' Supplemental Brief quotes from or refers to these documents.

Plaintiffs do not agree with Defendants' assertion of confidentiality. Plaintiffs nevertheless are filing the materials under seal at this juncture to provide Defendants the opportunity to submit materials in support of a motion to seal as required by Civil Local Rule 79-5(d) (requiring the party designating materials as confidential to file, within seven days of the filing of this Administrative Motion, "a declaration establishing that the designated information is sealable").

Contemporaneously herewith, Plaintiffs also are lodging Public Redacted versions of the Supplemental Boyd Declaration and Plaintiffs' Supplemental Brief.

DATED: December 9, 2010         MUNGER, TOLLES & OLSON LLP


                                By: s/Susan T. Boyd
                                    Susan T. Boyd
                                    Attorneys for Plaintiffs

12500557.1                      - 1 -       PLAINTIFFS' ADMINISTRATIVE
                                            MOTION TO FILE UNDER SEAL
                                            10-MC-80276-JSW (06 CIV. 05936 (KMW))