MUNGER, TOLLES & OLSON LLP
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

MUNGER, TOLLES & OLSON LLP
SUSAN T. BOYD (SBN 229664)
Susan.Boyd@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO.  Misc. 10-80276 (JSW)<br><br>[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York]<br><br>**STIPULATION TO SET FURTHER BRIEFING SCHEDULE PURSUANT TO COURT'S NOVEMBER 19, 2010 ORDER**<br><br>Date:  No hearing date assigned [Per Scheduling Order, Doc. No. 10] |
| ARISTA RECORDS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC, et al.,<br><br>Defendants. | |

12505578.1

1  On November 19, 2010, the Court Issued An "Order Reserving Ruling On
2  Expedited Motion To Quash And Directing Parties to Meet and Confer In Person." (Doc. No.
3  21.) The Court ordered that "If the parties are unable [to resolve] their differences, they shall so
4  advise the Court and shall submit supplemental briefs outlining what disputes remain." The
5  parties have met and conferred and are unable to resolve their differences.
6  Movants and plaintiffs therefore stipulate, and request the Court to order, that
7  1. Plaintiffs and Movants shall submit simultaneous Supplemental Briefs on
8  Thursday, December 09, 2010.
9  2. Plaintiffs and Movants shall submit a final round of simultaneous
10  Supplemental Briefs on Monday, December 13, 2010.

11  DATED: December 9, 2010                         MUNGER, TOLLES & OLSON LLP

14                                                  By: /s/ Susan Boyd (mec)
                                                        Susan T. Boyd
15                                                      ATTORNEYS FOR PLAINTIFFS

16  DATED: December 9, 2010                         WINSTON & STRAWN LLP

18                                                  By: /s/
                                                        Andrew Bridges
19                                                      Kathleen Lu
                                                        ATTORNEYS FOR MOVANTS

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24  Dated: _____                  _____
                                                    United States District Judge

12505578.1                             - 1 -                        STIPULATION TO SET
                                                                    FURTHER BRIEFING SCHEDULE
                                                                    10-MC-80276-JSW (06 CIV. 05936 (KMW))