# EXHIBIT A

From: "Ted Cohen" <spinaltap@earthlink.net>
Subject: **Re: Pho: Ted Cohen Leaves EMI**
Date: May 31, 2006 2:19:56 PM PDT
To: "'Bob Bellin'" <bob@mp3player.com>, "'Darryl Ballantyne'" <darryl@lyricfind.com>, "'Pho'" <pho@onehouse.com>
Cc: <ted@tagstrategic.com>

Thanks for the kind words!

Ted Cohen

Managing Partner
TAG strategic
http://www.tagstrategic.com - ted@tagstrategic.com
mobile: +1 323-855-7700 office: +1 310-402-2800
Skype: iamspinaltap (Skype In: +1 310-928-1095) AOL IM: TedCohen77


-----Original Message-----
From: Bob Bellin [mailto:bob@mp3player.com]
Sent: Wednesday, May 31, 2006 1:55 PM
To: Darryl Ballantyne; Pho
Cc: ted@tagstrategic.com
Subject: Re: Pho: Ted Cohen Leaves EMI

If the writer is correct, Ted was penalized for what most companies would promote him for doing. His alleged misdoings sound like a perfect, "hit the cover off the ball" job description for someone in his position.

Good luck Ted!

Bob Bellin


----- Original Message ----
From: Darryl Ballantyne <darryl@lyricfind.com>
To: Pho <pho@onehouse.com>
Sent: Wednesday, May 31, 2006 3:49:57 PM
Subject: Pho: Ted Cohen Leaves EMI

Now that it's hit the public airways...Let me be the first to congratulate Ted on this new chapter, and thank him for everything he's done at EMI. He certainly opened my eyes to countless aspects of the business, not only during my time at EMI, but also through the years after. He's been an invaluable resource for me and for Pho, and I'm definitely looking forward to what he'll be doing in the future! I'm sure there will be more announcements soon...

Darryl


http://www.digitalmusicnews.com/#060106ted

Cohen Departs EMI, Cuts Ribbon on Digital Consultancy

Digital music topper Ted Cohen is now departing EMI, and minting a broad-based digital consultancy. The new group will be known as TAG Strategic, with Cohen representing the "T" in the name. Partner Gary Price will carry the "G," and the "A" has not yet been disclosed. "We are offering services to the entire spectrum of the digital lifecycle, including infrastructure, advice on monetization, access to individuals, and advice to individuals," said Price in a conversation with Digital Music News late Tuesday. EMI is expected to make an official announcement Thursday, though Cohen will "leave the building" today. "I have had a wonderful experience at EMI, and this is the next stage of my life," Cohen said, while pointing to EMI as an early client of TAG.

Other clients will include guitar manufacturer Gibson, music information provider Muze, content delivery experts SyncCast, and PureVideo. Music will be one part of the overall mix, though TAG will be decidedly broad-based and full service, traversing areas like broadcast, wireless, and online media.

Other aspects of the consulting dynamo are being finalized, including location, though the headquarters are expected to fall in the mid-Wilshire area of Los Angeles.

Just what led to the departure from EMI is a source of discussion, though one well-placed source pointed to a growing level of discomfort among top EMI brass over the extremely high-profile Cohen. The charismatic executive has become a fixture at nearly every digital conference and event around the globe, commanding high levels of attention and headlines throughout. Additionally, a sharp-witted, accessible demeanor and forward-leaning approach have helped Cohen become a darling of the mainstream press, a development that may have constituted a double-edged sword for a more reserved EMI. Meanwhile, many within the industry were well aware of the pending departure, even down to the date.

TAG Strategic is currently scouting staff, and interested parties can contact ted@tagstrategic.com or gary@tagstrategic.com. A more general mailbox is also available at info@tagstrategic.com. More details will be revealed during the week.