Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Robyn Callahan (SBN: 225472)
rcallahan@winston.com
Kathleen Lu (SBN: 267032)
klu@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 3:10-mc-80276-JSW**<br>[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]<br><br>**DECLARATION OF FRED VON LOHMANN IN SUPPORT OF OPENING SUPPLEMENTAL BRIEF ON EXPEDITED MOTION TO QUASH SUBPOENAS**<br><br>[Pursuant to agreement of counsel and the Court's November 19, 2010 Order (Dkt. #21)]<br><br>No hearing date assigned |

I, Fred von Lohmann, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a former staff attorney for the Electronic Frontier Foundation ("EFF"), where I served as Senior Intellectual Property Attorney and Senior Staff Attorney. While employed by EFF, I was EFF's primary contact with Lime Wire.

2. I conducted a search of my email for the keyword "limewire." That search generated approximately 1500 hits.

3. I have approximately 24,000 emails from the Pho listserv, which are kept separately from my other email.

4. While I have not conducted a comprehensive review, I believe I have fewer than 50 documents that constitute communications with Lime Wire, most of which are privileged.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 9, 2010

/s/ Fred von Lohmann
Fred von Lohmann

**CONCURRENCE IN FILING**

Fred von Lohmann concurs in the filing of this pleading.

Dated:  December 9, 2010          By:   /s/ - Kathleen Lu
                                        Kathleen Lu

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

2

VON LOHMANN DECL. ISO OPENING SUPPLEMENTAL BRIEF ON MOTION TO QUASH SUBPOENAS
SF:298467.1