GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO.  Misc. 10-80276 (JSW) [Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York] **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS (LOCAL RULE 79-5(d))** Date: TBD [Per Scheduling Order, Doc. No. 10] |
| ARISTA RECORDS LLC, et al., Plaintiffs, vs. LIME WIRE LLC; et al., Defendants. | |

12527840.1

1   Pursuant to Civil Local Rule 79-5 and General Order 62, Plaintiffs are Lodging
2   Conditionally Under Seal the following material:
3   1.   Plaintiffs' Reply Supplemental Brief Regarding Subpoenas.
4   Plaintiffs' Reply Supplemental Brief quotes from or refers to Exhibits 2-4 to the
5   Supplemental Boyd Declaration, which have been designated "Confidential" by Defendants in the
6   underlying action, *Arista Records LLC et al. v. Lime Wire LLC et al.*, Civil No. 06-5936 (KMW)
7   (U.S.D.C. S.D.N.Y.).
8   Plaintiffs do not agree with Defendants' assertion of confidentiality. Plaintiffs
9   nevertheless are filing the materials under seal at this juncture to provide Defendants the
10  opportunity to submit materials in support of a motion to seal as required by Civil Local Rule 79-
11  5(d) (requiring the party designating materials as confidential to file, within seven days of the
12  filing of this Administrative Motion, "a declaration establishing that the designated information is
13  sealable").
14  Contemporaneously herewith, Plaintiffs also are lodging Public Redacted versions
15  of Plaintiffs' Reply Supplemental Brief Regarding Subpoenas.

DATED: December 13, 2010                    MUNGER, TOLLES & OLSON LLP


By: s/Susan T. Boyd
    Susan T. Boyd
    Attorneys for Plaintiffs

12527840.1                          - 1 -          PLFS' ADMIN. MTN SEAL DOCUMENTS
                                                   MISC. 10-80276-JSW/06 CIV. 05936 (KMW)