1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
3  MELINDA E. LEMOINE (SBN 235670)
   Melinda.LeMoine@mto.com
4  JONATHAN H. BLAVIN (SBN 230269)
   Jonathan.Blavin@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
8
   Attorneys for Plaintiffs
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13

14  IN RE SUBPOENAS TO ELECTRONIC          Case No.:  Misc. 10-80276 (JSW)
    FRONTIER FOUNDATION AND FRED
15  VON LOHMANN.                           [Case No. 06 Civ. 05936 (KMW), U.S. District
                                           Court, Southern District of New York]
16
                                           **PLAINTIFFS' REQUEST TO FILE SUR-**
17  ARISTA RECORDS LLC, et al.,            **REPLY AND SUR-REPLY REGARDING**
                                           **MOTION TO QUASH**
18            Plaintiffs,
                                           Date: TBD [Per Scheduling Order, Doc. No.
19       vs.                                    10]

20  LIME WIRE LLC; et al.,

21            Defendants.

22

23

24

25

26

27

28

12537621.1

1    Plaintiffs respectfully seek permission to file this short Sur-Reply Regarding EFF/von

2  Lohmann's Motion to Quash to advise the Court that, on December 14, 2010, Plaintiffs supplied

3  EFF and von Lohmann with Amended Subpoenas to correct an inadvertent error that came to

4  Plaintiffs' attention as a result of EFF/von Lohmann's Reply to Respondents' Supplemental Brief.

5  That brief notes that the subpoenas call for "any document which refers to or was created during

6  the period from January 1, 2005 to present." *See* Doc. No. 29 at 4.  The reference to 2005 in the

7  subpoenas was inadvertent; Plaintiffs intended to request "any document which refers to or was

8  created during the period from January 1, 200**2** to present."  Plaintiffs note that EFF/von

9  Lohmann previously have treated the subpoenas as calling for information outside of the January

10  1, 2005-present period.  Indeed, in responding to the Court's questions regarding the existence of

11  non-privileged documents, Ms. Cohn expressly noted "the lack of any time limitation" on the

12  subpoenas. *See* Supp. Cohn Decl. (Doc. No. 18) at paragraph 6.  Mr. von Lohmann's declaration

13  to this Court also establishes that he began communicating with Lime Wire in 2002. *See* von

14  Lohmann Decl. (Doc. No. 14) at paragraph 5.

15    Plaintiffs respectfully submit that the briefing already supplied to this Court addresses the

16  issues raised by the Amended Subpoenas.  The Amended Subpoenas are identical to the

17  previously issued subpoenas except that: (1) the time period has been adjusted to state "January 1,

18  2002 to the present" and (2) the return date has been adjusted to December 29, 2010. *See*

19  12/15/2010 Boyd Decl., Ex. A.  Plaintiffs believe that the accommodations reached during the

20  meet and confer process – including Plaintiffs' offer to limit all requests to documents that

21  constitute or refer to communications between EFF/von Lohmann and Lime Wire would apply to

22  the Amended Subpoenas as well.  Plaintiffs also note that the statistics EFF/von Lohmann

23  provided to the Court regarding the burden of complying with the subpoenas (*see, e.g.*, 12/9/10

24  von Lohmann Decl. (Doc No. 26) at paragraph 2 (discussing 1500 documents); McSherry Decl.

25  (Doc No. 25) at paragraph 3 (discussing 4,000 documents)), do not appear to be conditioned on a

26  time limitation of January 1, 2005 to the present.  Plaintiffs have sought confirmation of that

27  understanding from EFF and von Lohmann but have not yet received a response. *See* 12/15/2010

28  Boyd Decl., Ex. A

12537621.1    - 1 -    PLAINTIFFS' SUR-REPLY REGARDING
MOTION TO QUASH-MISC. 10-80276-JSW
(06 CIV. 05936 (KMW))

1    DATED: December 15, 2010                Munger, Tolles & Olson LLP

2

3

                                             By:        *s/Susan T. Boyd*
4                                                      SUSAN T. BOYD

5                                            Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12537621.1                        - 2 -     PLAINTIFFS' SUR-REPLY REGARDING
                                             MOTION TO QUASH-MISC. 10-80276-JSW
                                             (06 CIV. 05936 (KMW))