1  Munger, Tolles & Olson LLP
   GLENN D. POMERANTZ (SBN 112503)
2  Glenn.Pomerantz@mto.com
   KELLY M. KLAUS (SBN 161091)
3  Kelly.Klaus@mto.com
   MELINDA E. LEMOINE (SBN 235670)
4  Melinda.LeMoine@mto.com
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
7
   Munger, Tolles & Olson LLP
8  SUSAN TRAUB BOYD (SBN 229664)
   Susan.Boyd@mto.com
9  JONATHAN H. BLAVIN (SBN 230269)
   Jonathan.Blavin@mto.com
10 560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
11 Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO.  3:10-MC-80276-JSW |
| | Misc. (06 Civ. 05936 (KMW)) |
| ARISTA RECORDS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIME WIRE LLC, et al., <br><br> Defendants. | **DECLARATION OF SUSAN T. BOYD IN SUPPORT OF PLAINTIFFS' SUR-REPLY REGARDING EXPEDITED MOTION TO QUASH SUBPOENAS AND PLAINTIFFS' REQUEST TO COMPEL COMPLIANCE WITH SUBPOENAS** <br><br> Date:  TBD [Per Scheduling Order, Doc. No. 10] |

12538397.1

I, SUSAN T. BOYD, hereby declare as follows:

1. I am an attorney at the firm of Munger, Tolles & Olson LLP. I make this Declaration in support of Plaintiffs' Sur-Reply Regarding Expedited Motion to Quash Subpoenas And Plaintiffs' Request To Compel Compliance With Subpoenas. The contents of this Declaration are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached as **Exhibit A** are true and correct copies of my December 14, 2010 letter to Andrew Bridges and the Amended Subpoenas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of December, 2010, at San Francisco, California.

*s/Susan T. Boyd*
SUSAN T. BOYD

12538397.1

- 1 -

DECL. ISO SUR-REPLY RE: EXPEDITED MOTION TO QUASH SUBPOENAS
10-MC-80276-JSW (06 CIV. 05936 (KMW))