MUNGER, TOLLES & OLSON LLP
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MUNGER, TOLLES & OLSON LLP
SUSAN T. BOYD (SBN 229664)
Susan.Boyd@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO. Misc. 10-80276 (JSW)<br><br>[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York] |
| ARISTA RECORDS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC, et al.,<br><br>Defendants. | **PROOF OF SERVICE**<br><br>Date: TBD [Per Scheduling Order, Doc. No. 10] |

12501113.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On December 13, 2010, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS (LOCAL RULE 79-5(d));**

**PLAINTIFFS' REPLY SUPPLEMENTAL BRIEF REGARDING SUBPOENAS [REDACTED PUBLIC VERSION]; and**

**PLAINTIFFS' REPLY SUPPLEMENTAL BRIEF REGARDING SUBPOENAS [SEALED CONFIDENTIAL VERSION]**

[X] By placing ☐ the original(s) [X] a true and correct copy(ies) thereof, as indicated on the attached Service List, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

[X] **BY FEDERAL EXPRESS (AS INDICATED ON THE ATTACHED SERVICE LIST):** I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

☐ **BY HAND-DELIVERY:** By placing it in an addressed, sealed envelope, clearly labeled to identify the person being served at the address indicated on the attached Service List and I caused the envelope to be delivered by hand to the offices of the addressee via WESTERN MESSENGER, 75 Columbia Square, San Francisco, CA 94103 (415) 487-4100

[X] **BY ELECTRONIC MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST):** I caused such document(s) to be sent by electronic mail for instantaneous transmittal via telephone line.

[X] **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 13, 2010, at San Francisco, California.

*/s/ Susan T. Boyd*
Susan T. Boyd

12501113.1

- 1 -

PROOF OF SERVICE
10-MC-80276-JSW (06 CIV. 05936 (KMW))

# SERVICE LIST

*In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann*
Case No. Misc. 10-80276 (JSW)
[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York]

| | |
|---|---|
| **Via Electronic Mail and Federal Express**<br><br>Andrew P. Bridges, Esq.<br>Matthew A. Scherb, Esq.<br>Kathleen Lu, Esq.<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Fax: (415) 591-1400<br>Email: abridges@winston.com<br>      mscherb@winston.com<br>      klu@winston.com | *Attorneys for Movants Electronic Frontier Foundation and Fred von Lohmann* |
| **Via Electronic Mail and Federal Express**<br><br>Joseph T. Baio, Esq.<br>Tariq Mundiya, Esq.<br>Mary Jane Eaton, Esq.<br>Todd G. Cosenza, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>Telephone: 212-728-8000<br>Fax: 212-728-8111<br>Email: jbaio@willkie.com<br>      tmundiya@willkie.com<br>      meaton@willkie.com<br>      tcosenza@willkie.com | *Attorneys for Defendants Lime Wire Group LLC; Lime Wire LLC; Mark Gorton; and M.J.G. Lime Wire Family Limited Partnership* |