1    GLENN D. POMERANTZ (SBN 112503)
     Glenn.Pomerantz@mto.com
2    KELLY M. KLAUS (SBN 161091)
     Kelly.Klaus@mto.com
3    MELINDA E. LEMOINE (SBN 235670)
     Melinda.LeMoine@mto.com
4    JONATHAN H. BLAVIN (SBN 230269)
     Jonathan.Blavin@mto.com
5    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue
6    Thirty-Fifth Floor
     Los Angeles, CA  90071-1560
7    Telephone:    (213) 683-9100
     Facsimile:    (213) 687-3702
8
     Attorneys for Plaintiffs
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

14   IN RE SUBPOENAS TO ELECTRONIC          Case No.:  Misc. 10-80276 (JSW)
     FRONTIER FOUNDATION AND FRED
15   VON LOHMANN.                           [Case No. 06 Civ. 05936 (KMW), U.S. District
                                            Court, Southern District of New York]
16
                                            **PROOF OF SERVICE**
17   ARISTA RECORDS LLC, et al.,
                                            Date: TBD [Per Scheduling Order, Doc. No.
18              Plaintiffs,                        10]

19         vs.

20   LIME WIRE LLC; et al.,

21              Defendants.

22

23

24

25

26

27

28

12537621.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

        I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907. On December 15, 2010, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**PLAINTIFFS' REQUEST TO FILE SUR-REPLY AND SUR-REPLY REGARDING MOTION TO QUASH; and**

**DECLARATION OF SUSAN T. BOYD IN SUPPORT OF PLAINTIFFS' SUR-REPLY REGARDING EXPEDITED MOTION TO QUASH SUBPOENAS AND PLAINTIFFS' REQUEST TO COMPEL COMPLIANCE WITH SUBPOENAS**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth below:

| | |
|---|---|
| Joseph T. Baio, Esq. | Email: jbaio@willkie.com |
| Tariq Mundiya, Esq. | tmundiya@willkie.com |
| Mary Jane Eaton, Esq. | meaton@willkie.com |
| Todd G. Cosenza, Esq. | tcosenza@willkie.com |
| Willkie Farr & Gallagher LLP | *Attorneys for Defendants* |
| 787 Seventh Avenue | |
| New York, N.Y. 10019-6099 | |
| Telephone: 212-728-8000 | |
| Fax: 212-728-8111 | |

☒ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be placed for Federal Express collection and delivery at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice it would be deposited with the Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at San Francisco, California in the ordinary course of business.

☒ **BY ELECTRONIC MAIL:** I caused such document(s) to be sent by electronic mail for instantaneous transmittal via telephone line.

☒ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

        Executed on December 15, 2010, at San Francisco, California.

_____

Robyn E. Bird

12539232.1