Andrew P. Bridges (SBN: 122761)
abridges@winston.com
Robyn Callahan (SBN: 225472)
rcallahan@winston.com
Matthew A. Scherb (SBN: 237461)
mscherb@winston.com
Kathleen Lu (SBN: 267032)
klu@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re Subpoenas to Electronic Frontier Foundation and Fred von Lohmann | **Case No. 3:10-mc-80276-JSW**<br>[Related to *Arista Records v. Lime Wire LLC*, No. 06-5936 (KMW) (S.D.N.Y.)]<br><br>**SUPPLEMENTAL FILING REGARDING COMMUNICATIONS BETWEEN RESPONDENTS AND JUDGE KIMBA M. WOOD (S.D.N.Y). REGARDING THIS PROCEEDING AND THIS COURT'S DECEMBER 17, 2010 ORDER (DKT. NO. 36)** |

    The Electronic Frontier Foundation (EFF) and its former attorney Fred von Lohmann wish to bring to the Court's attention recent correspondence that the major record labels' counsel initiated in the Southern District of New York in relation to this proceeding.

    Yesterday, June 16, 2011, the record labels' counsel asked Judge Kimba M. Wood to issue a ruling in the Southern District of New York with respect to the Movants' Request for Costs currently pending in this Court. A copy of the letter from the major record labels' counsel is attached as Exhibit A. EFF's (without the attached filing in this Court) and Mr. von Lohmann's response to the labels' letter is attached as Exhibit B.

1

1   The record labels may submit an opposition to Movants' request within 14 days of the request according to This Court's December 17, 2010 Order (Dkt. No. 36).  The correct venue to make their arguments is here in the Northern District of California.  In order to avoid inconsistencies between the courts and because the Request for Costs arises from subpoenas and a cost-shifting order issued by this Court, the Movants believe it important to make the labels' correspondence with Judge Wood known to this Court.

Dated:  June 17, 2011

WINSTON & STRAWN LLP

By:  /s/ Andrew Bridges
    Andrew P. Bridges
    Robyn Callahan
    Matthew A. Scherb
    Kathleen Lu

Attorneys for Movants
ELECTRONIC FRONTIER FOUNDATION and
FRED VON LOHMANN

SF:312487.3

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

2
SUPPLEMENTAL FILING REGARDING COMMUNICATIONS BETWEEN RESPONDENTS IN S.D.N.Y. ABOUT THIS PROCEEDING AND THE DEC. 17, 2010 ORDER - No. 3:10-mc-80276-JSW