MUNGER, TOLLES & OLSON LLP
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
HAILYN J. CHEN (SBN 237436)
Hailyn.Chen@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN. | CASE NO.  Misc. 10-80276 (JSW)<br><br>[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York] |
| ARISTA RECORDS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC, et al.,<br>Defendants. | **JOINT STIPULATION TO STAY PROCEEDINGS RELATED TO REQUEST BY ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN FOR COSTS (Dkt. No. 37)** |

JOINT STIPULATION TO STAY PROCEEDINGS
RELATED TO EFF'S CLAIM FOR COSTS
MISC. 10-80276-JSW (06 CIV. 05936 (KMW))

1  WHEREAS Electronic Frontier Foundation ("EFF") and Fred von Lohmann (jointly "Movants") filed a Request for Costs in this Court on June 13, 2011 (Dkt. 37) ("Request"), seeking fees and costs that Movants argue are related to discovery sought by Plaintiffs in the matter, *Arista Records LLC et al. v. Lime Wire LLC et al.*, Case No. 06 CV 5936 (KMW), in the United States District Court for the Southern District of New York (hereinafter, the "Lime Wire matter");

WHEREAS this Court's December 17, 2010 Order on the EFF's motion to quash Plaintiffs' subpoenas for discovery in the Lime Wire matter (Dkt. 36) sets forth a briefing schedule that requires a response to Movants' Request no later than two weeks from its filing, or by June 27, 2011;

WHEREAS in the Lime Wire matter, the Honorable Kimba M. Wood, United States District Court for the Southern District of New York, entered a Consent Judgment that incorporates a Settlement Agreement and Mutual Release, and that specifies, *inter alia*, that Judge Wood retains jurisdiction to enforce the Consent Judgment and the terms of the Settlement Agreement and Mutual Release;

WHEREAS after Movants filed their request, on June 14, 2011, Plaintiffs notified Movants that it is Plaintiffs' position that the Settlement Agreement and Mutual Release releases the claims in the Request;

WHEREAS Plaintiffs have asked Judge Wood to enforce the Settlement Agreement and Mutual Release, and to hold that it releases Movants' claims in the Movants' Request;

WHEREAS Judge Wood has requested briefing from the parties with respect to whether the Settlement Agreement and Mutual Release releases the claims in Movants' Request;

WHEREAS the parties agree that further proceedings in this Court on the Request should be stayed pending Judge Wood's decision;

WHEREAS there have been no previous time modifications in this case related to the Request, and the stay stipulated to herein will not have any effect on the schedule for this case, other than to stay further briefing and proceedings as set forth herein;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Further briefing and proceedings on Movants' Request (Dkt. 37) is stayed, and all briefing dates related to the request are taken off-calendar pending Judge Wood's decision.

2. The Parties will jointly notify the Court of Judge Wood's decision once it is issued, and will recommend a schedule for further briefing, should that be necessary.

DATED: June 24, 2011        MUNGER, TOLLES & OLSON LLP

By:    */s/ Hailyn J. Chen*
      Hailyn J. Chen
      Attorneys for Respondents

DATED: June 24, 2011        WINSTON & STRAWN LLP

By:    */s/ Andrew P. Bridges*[*]
      Andrew P. Bridges
      Attorneys for Movants

---

[*] Electronically signed by Plaintiffs' counsel with the concurrence of Movants' counsel. N.D. Cal. General Order No. 45 ¶ X.B.