1  MUNGER, TOLLES & OLSON LLP
   GLENN D. POMERANTZ (SBN 112503)
2  Glenn.Pomerantz@mto.com
   KELLY M. KLAUS (SBN 161091)
3  Kelly.Klaus@mto.com
   MELINDA E. LEMOINE (SBN 235670)
4  Melinda.LeMoine@mto.com
   HAILYN J. CHEN (SBN 237436)
5  Hailyn.Chen@mto.com
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
8

9  Attorneys for Plaintiffs

10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12

13

14
   IN RE SUBPOENAS TO ELECTRONIC         CASE NO.  Misc. 10-80276 (JSW)
15 FRONTIER FOUNDATION AND FRED
   VON LOHMANN.                          [Case No. 06 Civ. 05936 (KMW), U.S. District
16                                       Court, Southern District of New York]

17                                       **[PROPOSED] ORDER GRANTING JOINT
   ARISTA RECORDS LLC, et al.,           REQUEST TO STAY PROCEEDINGS
18                                       RELATED TO REQUEST BY
                Plaintiffs,              ELECTRONIC FRONTIER FOUNDATION
19                                       AND FRED VON LOHMANN FOR COSTS**
   v.
20
   LIME WIRE LLC, et al.,
21    Defendants.

22

23

24

25

26

27

28

                                                        [PROPOSED] ORDER
                                        MISC.  10-80276-JSW (06 CIV. 05936 (KMW))

The Parties to this matter have stipulated and agreed that the Request By Movants Electronic Frontier Foundation and Fred Von Lohmann For Costs (Dkt. No. 37) should be stayed, and all briefing dates related to the Request should be taken off-calendar, pending the determination by Judge Wood in the United States District Court for the Southern District of New York whether the Settlement Agreement and Mutual Release in the *Arista Records LLC v. LimeWire LLC* matter releases all claims involved in the Request.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties shall jointly notify this Court of the resolution of the matter before Judge Wood.

Dated: _____, 2011

_____
HONORABLE JEFFREY S. WHITE
United States District Court