MUNGER, TOLLES & OLSON LLP
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
HAILYN J. CHEN (SBN 237436)
Hailyn.Chen@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS TO ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN.<br><br>ARISTA RECORDS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIME WIRE LLC, et al.,<br>Defendants. | CASE NO. Misc. 10-80276 (JSW)<br><br>[Case No. 06 Civ. 05936 (KMW), U.S. District Court, Southern District of New York]<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO STAY PROCEEDINGS RELATED TO REQUEST BY ELECTRONIC FRONTIER FOUNDATION AND FRED VON LOHMANN FOR COSTS** |

The Parties to this matter have stipulated and agreed that the Request By Movants Electronic Frontier Foundation and Fred Von Lohmann For Costs (Dkt. No. 37) should be stayed, and all briefing dates related to the Request should be taken off-calendar, pending the determination by Judge Wood in the United States District Court for the Southern District of New York whether the Settlement Agreement and Mutual Release in the *Arista Records LLC v. LimeWire LLC* matter releases all claims involved in the Request.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Parties shall jointly notify this Court of the resolution of the matter before Judge Wood.

Dated: June 27, 2011

_____
HONORABLE JEFFREY S. WHITE
United States District Court

[PROPOSED] ORDER
MISC. 10-80276-JSW (06 CIV. 05936 (KMW))